JODI LINKER
Federal Public Defender
Northern District of California
NED SMOCK
Assistant Federal Public Defenders
19th Floor Federal Building - Box 36106
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone: (415) 436-7700
Facsimile: (415) 436-7706
Email: ned_smock@fd.org

Counsel for Defendant COBB

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>DEMARIO COBB,<br>Defendant. | **Case No.:** CR 26-213 RFL<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER TO CONTINUE STATUS CONFERENCE AND EXCLUDE TIME** |

The above captioned matter is scheduled for a status conference on September 24, 2026. Defense counsel continues to review discovery and meet with his client; and the parties are discussing a potential resolution. To allow for further discovery review and negotiations, the parties agree that the matter be continued to November 19, 2026 at 2:00 pm.

The parties further stipulate to an exclusion of time under the Speedy Trial Act, 18 U.S.C. 3161(h)(7)(B)(iv), to provide reasonable time necessary for effective preparation, taking into account the exercise of due diligence, between September 24, 2026, and November 19, 2026. The parties further stipulate that the ends of justice served by excluding the period from

September 24, 2026, and November 19, 2026, outweigh the best interest of the public and the defendant in a speedy trial. 18 U.S.C. 3161(h)(7)(A).

IT IS SO STIPULATED.

September 21, 2026
Dated

CRAIG H. MISSAKIAN
United States Attorney
Northern District of California

/S
JEAN FUNDAKOWSKI
Assistant United States Attorney

September 21, 2026
Dated

JODI LINKER
Federal Public Defender
Northern District of California

/S
NED SMOCK
Assistant Federal Public Defender

IT IS SO ORDERED.

September 21, 2026
Dated

HON. RITA F. LIN
United States District Judge