JODI LINKER
Federal Public Defender
Northern District of California
NED SMOCK
Assistant Federal Public Defenders
19th Floor Federal Building - Box 36106
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone: (415) 436-7700
Facsimile: (415) 436-7706
Email: ned_smock@fd.org

Counsel for Defendant COBB

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>DEMARIO COBB,<br>Defendant. | **Case No.:** CR 26-213 RFL<br><br>**STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE AND EXCLUDE TIME** |

The above captioned matter is scheduled for a status conference on November 19, 2026. Defense counsel continues to review discovery and meet with Mr. Cobb to discuss legal issues and investigatory tasks. In addition, the parties are close to finalizing the terms of a potential plea agreement, which the defense will need to review with Mr. Cobb. To allow for further discovery review, investigation, and review of the proposed plea agreement with Mr. Cobb, the parties agree that the matter be continued to December 17, 2026 at 2:00 pm.

The parties further stipulate to an exclusion of time under the Speedy Trial Act, 18 U.S.C. 3161(h)(7)(B)(iv), to provide reasonable time necessary for effective preparation, taking

into account the exercise of due diligence, between November 19, 2026, and December 17, 2026. The parties further stipulate that the ends of justice served by excluding the period from November 19, 2026, and December 17, 2026, outweigh the best interest of the public and the defendant in a speedy trial. 18 U.S.C. 3161(h)(7)(A).

IT IS SO STIPULATED.

November 17, 2026
Dated

CRAIG H. MISSAKIAN
United States Attorney
Northern District of California

/S
JEAN FUNDAKOWSKI
Assistant United States Attorney

November 17, 2026
Dated

JODI LINKER
Federal Public Defender
Northern District of California

/S
NED SMOCK
Assistant Federal Public Defender

IT IS SO ORDERED.

11/18/2026
Dated

HON. RITA F. LIN
United States District Judge